**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:09-bk-07266-ABB** |
| **TIERA DEL SOL RESORT, INC.,** *et al.*, | **CHAPTER 11**<br>(Joint Administrative Motion Pending) |
| Debtors. | Jointly Administered with<br>Case No.: 6:09-bk-07268-ABB<br>Case No.: 6:09-bk-07271-ABB<br>Case No.: 6:09-bk-07272-ABB<br>Case No.: 6:09-bk-07274-ABB<br>Case No.: 6:09-bk-07275-ABB<br>Case No.: 6:09-bk-07277-ABB<br>Case No.: 6:09-bk-07281-ABB<br>Case No.: 6:09-bk-07282-ABB |
| _____/ | |

## CHAPTER 11 JOINT CASE MANAGEMENT SUMMARY

TIERRA DEL SOL RESORT, INC. ("Tierra del Sol"), TDS TOWN HOMES (PHASE 1), LLC, TDS TOWN HOMES (PHASE 2), LLC, COSTA BLANCA I REAL ESTATE, LLC, COSTA BLANCA II REAL ESTATE, LLC, COSTA BLANCA III REAL ESTATE, LLC, TDS AMENITIES, INC., TDS CLUBHOUSE, INC., AND TIERRA DEL SOL OWNERS ASSOCIATION, INC. (collectively hereinafter referred to the "Debtors"), as debtors-in-possession, hereby file their Chapter 11 joint case management summary, and states as follows:

1. On May 27, 2009 ("Petition Date"), the Debtors filed their petitions for reorganization under Chapter 11 of the Bankruptcy Code; no trustee has been appointed.

### Description of the Debtors' Business

2. Debtor Tierra del Sol (f/k/a Sunstone Golf Resort, Inc.) is a foreign profit corporation registered with the state of Florida since 2000. Tierra del Sol is a vacation resort

developer focusing on the theme park region of Orlando. All of the Debtors collectively planned, own, operate and are further developing a new resort community development located near Walt Disney World originally consisting of planned 972 town homes and condominiums ("Units"), a clubhouse, water recreation complex, restaurants and other resort community amenities (the "Resort").

3. The Resort is a Mediterranean-style resort community development located near Walt Disney World, off U.S. Highway 27, just west of the Champions Gate resort. When completed, the Resort will include town homes, condominiums, a clubhouse, concierge service, a water recreation complex, fitness center, spa and salon, restaurants and retail shops.

4. In July of 2002, American Leisure Holdings, Inc. ("ALH"), a foreign profit corporation registered in Florida, became a 100% shareholder of Tierra del Sol. ALH was later acquired by American Leisure Group, Limited ("ALG"), a British Virgin Islands corporation, incorporated in 2007. In August of 2007, ALG completed its Initial Public Offering on AIM, the market operated by the London Stock Exchange.

5. All of the Debtors are subsidiaries and sub-subsidiaries of ALH (collectively, "ALH/Debtors"). ALH's strategy is to acquire, develop and operate vacation resorts, comprising holiday family homes, town home and condominium units, which will benefit from extensive central facilities and resort hotel services, located in prime vacation property areas. ALH's initial focus is on the theme park region of Orlando, Florida. Its business activities have included resort development and sales, travel services and hospitality management.

6. The following Debtors are subsidiaries of ALH: Tierra del Sol; TDS Amenities, Inc., a Florida profit corporation formed in 2004; TDS Clubhouse, Inc., a Florida profit

corporation formed in 2004; and Tierra del Sol Owners Association, Inc., a Florida profit corporation formed in 2006.

7. The remaining Debtors are Florida limited liability companies, formed in 2005, wholly-owned by Tierra del Sol, and, consequently, sub-subsidiaries of ALG. Each represents a specific group of residential and/or commercial units in the Resort: TDS Townhomes (Phase I), LLC; TDS Townhomes (Phase II), LLC; Costa Blanca I Real Estate, LLC; Costa Blanca II Real Estate, LLC; and Costa Blanca III Real Estate, LLC.

## Location of Debtors' Operations

8. The Debtors' corporate offices are located at 12203 Wild Iris Way, #111, Orlando, Florida 32837. The Resort is located at 3050 Bella Vista Drive, Davenport, Florida 33897.

## Events Leading to Chapter 11 Filing

9. ALH, through the Debtors, started developing the Resort through ALH's resort development and sales division, beginning horizontal construction of the Resort in June of 2005 and vertical construction in January of 2007.

10. By August of 2007, ALH/Debtors had contracted Unit sales for over 700 Units, at a sales value of $300 million. However, this development activity and ALH/Debtors' sales of additional Units slowed very considerably in 2007 due to the subsequent unprecedented global economic conditions and the resultant lack of availability of the necessary construction finance.

11. ALH/Debtors were able to weather the real estate storm throughout 2007 and 2008, with the aid of its shareholder and investment banker Stanford Financial Group. The Debtors also increased the total number of Units planned from 972 to 1,821. In April 2007, ALH was able to obtain a loan from Kennedy Funding, Inc. for Tierra del Sol.

12. However, ALH/Debtors recently ran into financial problems stemming from the economic downturn and significant overbilling by its contractor. Due to the growing and unprecedented difficulties in the international debt market, it became been extremely difficult for virtually all companies involved in the development of U.S. property to raise development finance.

13. This continued decline of the U.S. and global economy, lackluster market conditions and the resultant lack of substantial new sales opportunities precipitated a loss of a number of sales that were under contract. The value of such sales reduced to a current value that is approximately $200 million.

14. As a result of the market decline and the losses of sales contracts, although ALH attempted to secure adequate financing to help Debtors finish construction of the Units under contract and complete the preparation of the amenities, ALH/Debtors were unable to keep their loan accounts current as of 2008. ALH attempted to secure further financing, to no avail. Construction ceased in April of 2009.

15. In January of 2009, the then officers of Tierra del Sol resigned.

16. On April 9, 2009, Westridge Community Development District, a local unit of special purpose government of the State of Florida, filed a complaint for mortgage foreclosure against all Debtors in the 10th Judicial Circuit Court, Polk County, Case No. 2009CA-004011 ("WCDD Foreclosure"). On April 14, 2009, Regions Bank, an Alabama banking corporation, filed a complaint for mortgage foreclosure against all Debtors in the 10th Judicial Circuit Court, Polk County, Case No. 2009CA-004100 ("Regions Foreclosure"). Regions also sought a receiver.

17. In consideration of its business difficulties, the Debtors decided that reorganizing under Chapter 11 was in the best interest of all parties.

## Employees and Wages Owed as of Petition Date

18. As of the Petition Date, the Debtors had no employees.

## Liabilities of Debtors

19. As of the Petition Date, the Debtors were indebted to WCDD in the amount of approximately $26 million, plus accrued interest and developers' contributions. The loan has been accelerated and is the subject of the above-mentioned WCDD Foreclosure, filed with Polk County Circuit Court.

20. As of the Petition Date, the Debtors were indebted to Regions Bank in the amount of approximately $21 million, plus accrued interest. The loan is the subject of the above-mentioned Regions Foreclosure, filed with Polk County Circuit Court.

21. As of the Petition Date, the Debtors were also indebted to Kennedy Funding for approximately $30 million; Stanford International Bank for approximately $34.5 million; to First Commercial Bank for approximately $1 million; and to those buyers who have provided down payments for their Units at the Resort for approximately $32 million. Debtors also have approximately $2 million in unsecured debt owed to other creditors.

## Assets of Debtors

22. The Debtors will value their assets; however, the Debtors believe that the value of their property exceeds the amount of WCDD's and partially covers other secured debt. Debtors are the fee simple owners of the real property corresponding to their entities and also own certain personal property and improvements made on such real property.

23. The Debtors hold approximately $2.5 million in escrow (in the form of cash and building materials) in deposits from sales of the Units.

24. Although no Units were completed at the time construction ceased, 48 Units are almost completed, while an additional 48 are in various stages of construction. Debtors are in negotiations to acquire a debtor-in-possession loan of approximately $15 million to complete the construction of these Units, phase I of the water park, applicable site work, a recreation building, and to cover administration and overhead.

25. Furthermore, due to the current construction marketplace, Debtors believe that they will be able to build further Units at a price below that of its 2007 pricing plan. This discount can be passed onto clients.

26. The quality of the first phase of the Resort is extremely good and the Debtors believe that this high level of quality will put it in a good position for Unit closings and future sales once the marketplace returns to some semblance of normality.

27. As a result of the high quality of the Resort, Sonesta Hotels, an internationally-known upscale resort and hotel chain with world class properties in Miami, Peru, Egypt and other destinations throughout the world, had previously entered into a contract with Tierra del Sol to grant the branding rights of the luxury hotel chain to the Resort. However, this affiliation will reestablish itself only if Debtors are properly financed so that they are able to sell and deliver Units, finish site work, and complete the first phase of its amenities.

28. ALH's shareholders have injected equity and loans into the project in excess of $60 million.

**Anticipated Emergency Relief to be Requested within 14 Days of Petition Date**

29. The Debtors anticipate filing an Emergency Motion for a Debtor in Possession Loan, as they anticipate a firm commitment for a $15 million loan by the first week in July. Regions bank has filed for a relief of stay.

**RESPECTFULLY SUBMITTED** this 18th day of June 2009.

/s/R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO.: 6:09-bk-07266-ABB** |
| **TIERA DEL SOL RESORT, INC.,** *et al.*, | **CHAPTER 11** (Joint Administrative Motion Pending) |
| Debtors. | Jointly Administered with <br> Case No.: **6:09-bk-07268-ABB** <br> Case No.: **6:09-bk-07271-ABB** <br> Case No.: **6:09-bk-07272-ABB** <br> Case No.: **6:09-bk-07274-ABB** <br> Case No.: **6:09-bk-07275-ABB** <br> Case No.: **6:09-bk-07277-ABB** <br> Case No.: **6:09-bk-07281-ABB** <br> Case No.: **6:09-bk-07282-ABB** |
| _____/ | |

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically, by facsimile and/or by U.S. First Class, postage prepaid mail to: Tierra Del Sol Resort, Inc., et al., c/o Simon Reynolds, 12203 Wild Iris Way #111, Orlando, FL 32837; Mitchell E. Albaugh, Clark & Albaugh, 655 W. Morse Boulevard, Suite 212, Winter Park, Florida 32789, attorney for Westridge Community Development District; and Jeffrey Deery, Winderweedle, Haines, Ward & Woodman, P.A., 390 N. Orange Avenue, Suite 1500 Orlando, Florida 32801, attorney for Regions Bank; the Local Rule 1007-2 as shown on the matrix attached to the original of this summary filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 18th day of June 2009.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esquire

Label Matrix for local noticing
113A-6
Case 6:09-bk-07266-ABB
Middle District of Florida
Orlando
Tue Jun 16 16:07:13 EDT 2009

Adam L Alpert
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

CARLTON FIELDS, P.A.
C/O Hywel Leonard
P.O. Box 3239
Tampa, FL 33601-3239

David S Cohen
Law Offices of David S Cohen LC
5728 Major Boulevard
Suite 550
Orlando, FL 32819-7974

David & Sandra Clayton
c/o Pohl & Short PA
280 West Canton Ave.
Suite 410
Winter Park, FL 32789-3168

Matt G Firestone
Pohl & Short PA
Post Office Box 3208
Winter Park, FL 32790-3208

Jill E Kelso
United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801-2440

Kennedy Funding, Inc.
c/o Glenn D. Moses, Esq.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131-2113

Kimley-Horn and Associates, Inc.
c/o Bush Ross, P.A.
Attn: Edward O. Savitz, Esq.
Post Office Box 3913
Tampa, FL  33601-3913

Hywel Leonard
Carlton Fields, P.A.
P O Box 3239
Tampa, FL 33601-3239

Glenn D Moses
Genovese Joblove & Battista PA
100 Southeast 2nd Street
Suite 4400
Miami, FL 33131-2113

Philip Gee
c/o Office of David Cohen
5728 Major Blvd.
Suite 550
Orlando, FL 32819-7974

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Richard B Webber II
Zimmerman Kiser & Sutcliffe PA
 315 East Robinson Street
Suite 600
Orlando, FL 32801-4341

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14