UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TIERRA DEL SOL RESORT, INC.,

Debtors.

_____ )

Case No.: 6:09-bk-07266-ABB

Chapter 11

Jointly administered with Cases 6:09-bk-07268; 07271; 07272; 07274; 07275; 07277; 07281; and 07282

APPLICABLE DEBTORS: All Jointly Administered Debtors

## ORDER APPROVING SELECTION OF CHAPTER 11 EXAMINER

The Court, having been advised by the United States Trustee for Region 21 that Robert E. Lynch, CPA, CFE, CVA, has been selected for appointment as the chapter 11 examiner in this case, and the Court having read and considered the application of the United States Trustee seeking approval of such appointment (Docket No.: 72), it is

**ORDERED** that Robert E. Lynch, CPA, CFE, CVA, Cross, Fernandez & Riley, LLP, 201 S. Orange Avenue, Suite 800, Orlando, Florida 32801, Telephone No.: (407) 244-7159, Facsimile No.: (407) 841-6347 is approved for appointment as chapter 11 examiner pursuant to 11 U.S.C. Section 1104, and it is

**FURTHER ORDERED** that the chapter 11 examiner shall have all the powers and duties of an examiner under 11 U.S.C. Section 1106(b) and other duties and powers as set forth in the Order Directing Appointment of Examiner (Docket No.: 70) entered on August 12, 2009.

DONE and ORDERED on August 17, 2009.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties by BNC